```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

ROBERT REILING,                    )
                                   )
            Plaintiff,             )         8:06CV651
                                   )
      v.                           )
                                   )
MERCK & CO., INC.,                 )         ORDER
                                   )
            Defendant.             )
                                   )
```

IT IS ORDERED:

Defendant's motion for stay of all proceedings pending transfer decision to the multidistrict litigation proceeding that has been established in the Eastern District of Louisiana, filing 7, is granted.

DATED this 26th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge